UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD J. FENNEY,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION, a foreign corporation,<br><br>Defendant. | Case No. 00-CV-1753 ADM/AJB<br><br>**ORDER EXTENDING DISCOVERY DEADLINE AND NON-DISPOSITIVE MOTION DEADLINE** |

The parties have stipulated to a one-month extension of the discovery deadline and the non-dispositive motion deadline in the above-captioned case. In addition, the parties have set forth a statement required by Rule 16.3 of the Local Rules for the District Courts for the District of Minnesota, and the Court finds good cause for the extension requested. Therefore,

IT IS ORDERED:

1. The discovery deadline in this case shall be extended to August 31, 2001.
2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1, 37.1, and 37.2, and shall be served and filed by the discovery deadline date, August 31, 2001.
3. No other deadlines set forth in the Court's previous Scheduling Order, dated and filed October 10, 2000, shall be amended or changed.

Dated: 7/18/01

BY THE COURT:

Honorable Arthur J. Boylan
United States Magistrate Judge

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500