# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-1479

| | | |
|---|---|---|
| Ronald J. Fenney, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| Dakota, Minnesota & Eastern RR Co., | * | |
| | * | |
| Appellee. | * | |

Appellant shall recover from the appellee the sum of $267.37 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

June 6, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

JUN 0 9 2003

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 02-1479

---

| | | |
|---|---|---|
| Ronald J. Fenney, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Dakota, Minnesota & Eastern Railroad Company, | * | District of Minnesota |
| | * | |
| | * | |
| Appellee. | * | |
| | * | |
| | * | |
| Equal Employment Opportunity Commission, | * | |
| | * | |
| | * | |
| Amicus on Behalf | * | |
| of the Appellant. | * | |

---

FILED JUN 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

2

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

April 28, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans