UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald J. Fenney,

Plaintiff,

Civil 00-1753 ADM/AJB

v.

Dakota, Minnesota & Eastern Railroad,

Defendant.

COST JUDGMENT

The costs of Plaintiff have been taxed and allowed by the Clerk of this Court against Defendant Dakota, Minnesota & Eastern Railroad as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 105.00 | $ 105.00 |
| TOTAL: | $ 105.00 | $ 105.00 |

Costs, therefore, are taxed in the sum of One Hundred and Five Dollars and 00/100 ($105.00) in favor of Plaintiff and against Defendant and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 10, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti, Law Clerk

FILED JUL 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK