UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD J. FENNEY,

Plaintiff,

v.

DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION,

Defendant.

Civil No. 00-1753 ADM/AJB

NOTICE OF SCHEDULING CONFERENCE

---

You are hereby given notice that a scheduling conference in the above captioned matter will be held on August 28, 2003 at 10:30 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: August 12, 2003

Arthur J. Boylan
United States Magistrate Judge

Filed AUG 12 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______