UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD J. FENNEY,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION, a foreign corporation,<br><br>Defendant. | Case No. 00-CV-1753 ADM/AJB<br><br>**PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties have stipulated that this matter may be dismissed with prejudice, with each side to bear its own costs. Good cause appears for the stipulation, and therefore

IT IS ORDERED:

1. This matter shall be dismissed with prejudice and with each side bearing its own costs; and
2. The Clerk of Court shall enter an appropriate Judgment.

DATED this 4th day of ~~October~~ November, 2003.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Ann D. Montgomery
United States District Judge

Filed NOV - 4 2003
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD J. FENNEY,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION, a foreign corporation,<br><br>Defendant. | Case No. 00-CV-1753 ADM/AJB<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL**<br><br>**And Proposed Order** |

COME NOW the parties, by and through undersigned counsel, and hereby stipulate and agree that this matter may be dismissed with prejudice, with each side to bear its own costs, and so jointly move the Court for an Order as stipulated herein. The parties reached a conditional settlement on the record herein on September 29, 2003 pursuant to a settlement conference before the Hon. Arthur J. Boylan, U.S. Magistrate Judge. The conditions have been met, and the parties have entered into a written settlement agreement and release of all claims, without admission of liability or fault by Defendant. Plaintiff has received consideration for the release of his claims. The parties therefore pray for an order of dismissal with prejudice as set forth in the Proposed Order attached hereto.

DATED this 28th day of October, 2003.

CUTLER & DONAHOE, LLP
Attorneys at Law

Brian J. Donahoe
BRIAN J. DONAHOE, #256031
100 N. Phillips Ave., 9th Floor
Sioux Falls, SD 57104
Phone: (605) 335-4950
Fax: (605) 335-4961
BrianD@cutlerlawfirm.com
Attorneys for Defendant

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

DATED this 30th day of October, 2003.

JUDITH K. SCHERMER PLLC
Attorney at Law

Judith K. Schermer
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402-1033
(612) 332-1203
(612) 332-1216 fax
jkschermer@aol.com
Attorney for Plaintiff