AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ronald J. Fenney

V.

Dakota Minnesota and Eastern Railroad

## JUDGMENT IN A CIVIL CASE

Case Number: 00-1753 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter shall be dismissed with prejudice and with each side bearing its own costs.

November 4, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider
(By) Gloria Schneider, Deputy Clerk

Modified:03/10/03